**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

Simpson−Delco LLC
                              Plaintiff,

v.                                     Case No.: 1:08−cv−05972
                                               Honorable Charles R. Norgle Sr.

Rahsco Manufacturing Company
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 20, 2010:

      MINUTE entry before Honorable Michael T. Mason:This matter having been referred to Magistrate Judge Mason, an initial status hearing is set for 11/18/10 at 09:00 a.m. in courtroom 2266. Parties shall file a joint status report as required by this Court's Standing Order by 11/15/10. Courtesy copy to be delivered to chambers, room 2270. Mailed notice.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.